UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. BURNS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY J. AHERN, et al.,<br><br>    Defendants. | Case No. 18-CV-06558 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. On November 30, 2018, the court dismissed the complaint with leave to amend by December 31, 2018. Dkt. No. 4 at 4. The court further advised plaintiff that the failure to file an amended complaint within the time provided and in accordance with its November 30, 2018 order would result in the dismissal of his action as well as a finding that further leave to amend would be futile. *Id.*

The December 31, 2018 deadline has passed, and plaintiff has failed to comply with the court's order. Accordingly, this action is **DISMISSED** without prejudice. The Clerk of the Court shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 1/21/2019

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-06558 LHK (PR)
ORDER OF DISMISSAL